UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/05

ALETHE CLEMETSON,

                          Plaintiff,

- against -

TIFFANY AND COMPANY,

                          Defendant.

04 Civ. 5689
(GEL)(MHD)

### STIPULATION AND ORDER OF DISMISSAL
### OF PLAINTIFF'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that all of Plaintiff's claims in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party will bear its own costs and attorneys fees.

Dated: March ___, 2005

| OUTTEN & GOLDEN LLP | NIXON PEABODY LLP |
|---|---|
| By: /s/ Allegra L. Fischel | By: /s/ Daniel A. Rizzi |
| Allegra L. Fischel, Esq. | Daniel A. Rizzi, Esq. |
| (AF – 4866) | (DR – 7153) |
| 3 Park Avenue, 29th Floor | 990 Stewart Avenue |
| New York, New York 10016 | Garden City, New York 11530 |
| (212) 245-1000 | (516) 832-7500 |
| Attorneys for Plaintiff | Attorneys for Defendant |

So Ordered: /s/ Gerard E. Lynch U.S.D.J.

3/8/05

G15594.1